UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  19-22037-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

LAURA CICETTI
XXX-XX-0065

DEBTOR_____/

### NOTICE OF WITHDRAWAL OF MOTION AND CANCELLATION OF HEARING

*** (Hearing Set for 10/13/2020 is cancelled) ***

**PLEASE TAKE NOTICE** that Robin R. Weiner, Esquire, Standing Chapter 13 Trustee hereby withdraws her Motion to Dismiss or in the Alternative Convert Case to Chapter 7, said motion having been made moot. The hearing set for October 13, 2020 at 1:00 pm on said motion is hereby cancelled.

**RESPECTFULLY SUBMITTED** this 15th day of October, 2020.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**COPIES FURNISHED TO:**

**DEBTOR**
LAURA CICETTI
5150 PRAIRIE DUNES VILLAGE CIR
LAKE WORTH, FL  33463

**ATTORNEY FOR DEBTOR**
SEAN I. KOPLOW, ESQUIRE
8461 LAKE WORTH RD, SUITE 204
LAKE WORTH, FL  33467