United States Bankruptcy Court
Southern District of Florida

In re: Case No. 19-22037-EPK
Laura Cicetti Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: adaml      Page 1 of 3
Date Rcvd: Jan 14, 2021      Form ID: CGFD44      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Cicetti, 1411 Lake Erie Drive, Lake Worth, FL 33461-6112 |
| cr | + | Bank of America Mortgage, a Division of Bank of Am, c/o Aldridge Pite, LLP, 3575 Piedmont Rd NE #500, Atlanta, GA 30305-1623 |
| cr | + | Joseph Torseillo, Sr., c/o Kelley, Fulton & Kaplan, P.L., 1665 Palm Beach Lakes Blvd, Suite 1000, West Palm Beach, FL 33401-2109 |
| cr | + | Prairie Dunes Village Neighborhood Association, In, c/o SJW Law Group, PLLC, 12300 S Shores Blvd #202, Wellington, FL 33414-6509 |
| 95303309 | + | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 95303310 | + | AES/PHEAA, 1112 7th Ave, Monroe, WI 53566-1364 |
| 95303300 | + | Attorney General of the United States, 950 Pennsylvania Ave, N.W., Room 4400, Washington, DC 20530-0009 |
| 95303311 | + | Bank of America, Bank of Ameria Corporate Center, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 95303314 | + | Cba Collection Bureau, Attn: Bankruptcy, Po Box 5013, Hayward, CA 94540-5013 |
| 95303315 | + | Cba Collection Bureau, 25954 Eden Landing Road, Hayward, CA 94545-3837 |
| 95303306 | + | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 95303307 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 95303327 | + | MRS Associates, Inc., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 95303324 | + | Med Data Systems, 755 West Nasa Boulevard, Melbourne, FL 32901-1815 |
| 95303323 | + | Med Data Systems, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 95303325 | + | Medical Data Systems (MDS), Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 95303326 | + | Medical Data Systems (MDS), 128 W Center Ave, Sebring, FL 33870-3103 |
| 95303329 | + | NCB Management Services, 1 Allied Drive, Trevose, PA 19053-6945 |
| 95303328 | + | NCB Management Services, Attn: Bankruptcy, One Allied Drive, Trevose, PA 19053-6945 |
| 95303330 | + | Odds on Capital, LLC, 6751 N FEDERAL HWY, Ste 101, Boca Raton, FL 33487-1647 |
| 95303332 | + | Paul W Burke, Esq, Drew Eckl & Farnham, LLP, 235 Peachtree St NE, Ste 1900, Atlanta, GA 30303-1417 |
| 95306072 | + | Prairie Dunes Village Neighborhood Association Inc, SJW Law Group, PLLC, Scott J. Wortman, 12300 South Shore Blvd., Suite 202, Wellington, FL 33414-6509 |
| 95303302 | + | Special Asst United States Attorney, Ass. Area Counsel (SBSE) - Ft. Lauderdal, Rotal Palm Bldg, 1000 South Pine Island Rd., Ste 300, Fort Lauderdale, FL 33324-3910 |
| 95826806 | + | TLOA of Florida, LLC, TLOA Holdings, LLC, PO Box 54077, New Orleans, LA 70154-4077 |
| 95303308 | + | TransUnion, PO Box 2000, Chesler, PA 19016-2000 |
| 95303303 | + | US Attorney, Southern District of Florida, 99 NE 4th Street, Miami, FL 33132-2131 |
| 95303337 | + | Winston Trails HOA, 5980 Winston Trails Blvd, Lake Worth, FL 33463-6554 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jan 15 2021 04:18:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jan 14 2021 23:41:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | EDI: IRS.COM | Jan 15 2021 04:18:00 | United States of America, IRS, c/o Raychell Tasher, Assistant U.S. Attorney, 99 NE 4th Street, Suite 300, Miami, FL 33132 |
| cr | + | Email/Text: legalservices@pbctax.com | Jan 14 2021 23:41:00 | Palm Beach County Tax Collector, c/o Hampton |

| District/off: 113C-9 | User: adaml | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: CGFD44 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| | | | | Peterson, POB 3715, West Palm Beach, FL 33402-3715 |
| 95427899 | + | EDI: BANKAMER.COM | Jan 15 2021 04:18:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 95303313 | + | EDI: CAPIO.COM | Jan 15 2021 04:23:00 | Capio Partners Llc, 2222 Texoma Pkwy Ste 150, Sherman, TX 75090-2481 |
| 95303312 | + | EDI: CAPIO.COM | Jan 15 2021 04:23:00 | Capio Partners Llc, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 95443579 | + | Email/Text: bankruptcy@cavps.com | Jan 14 2021 23:42:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 95303305 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jan 14 2021 23:42:00 | Chexsystem, Att: Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1595 |
| 95303316 | + | EDI: CCS.COM | Jan 15 2021 04:23:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 95303317 | + | EDI: CCS.COM | Jan 15 2021 04:23:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 95303318 | + | EDI: AMINFOFP.COM | Jan 15 2021 04:23:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 95303319 | + | EDI: AMINFOFP.COM | Jan 15 2021 04:23:00 | First PREMIER Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 95303321 | + | EDI: IIC9.COM | Jan 15 2021 04:23:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 95303320 | + | EDI: IIC9.COM | Jan 15 2021 04:23:00 | I C System Inc, Attn: Bankruptcy, Po Box 64378, St Paul, MN 55164-0378 |
| 95303322 | + | Email/Text: SELZMUVDI@AOL.COM | Jan 14 2021 23:41:00 | Joseph Torseillo, Sr, c/o Selz & Muvdi Selz, P.A., 500 University Blvd, Suite 110, Jupiter, FL 33458-2774 |
| 95444323 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2021 01:03:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 95303335 | | EDI: PRA.COM | Jan 15 2021 04:18:00 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 95303334 | | EDI: PRA.COM | Jan 15 2021 04:18:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 95303331 | + | Email/Text: legalservices@pbctax.com | Jan 14 2021 23:41:00 | Palm Beach County Tax Collector's Office, c/o Orfelia M. Mayor, ESQ, PO Box 3715, West Palm Beach, FL 33402-3715 |
| 95370199 | + | EDI: JEFFERSONCAP.COM | Jan 15 2021 04:23:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 95424635 | | EDI: Q3G.COM | Jan 15 2021 04:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 95387992 | + | EDI: CBS7AVE | Jan 15 2021 04:23:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 95387993 | + | EDI: CBSMASON | Jan 15 2021 04:18:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 95303336 | + | EDI: CAPIO.COM | Jan 15 2021 04:23:00 | The Law Offices of Mitchell D Bluhm, & Associates, LLC, 3400 Texoma Pkwy Suite 100, Sherman, TX 75090-1916 |

TOTAL: 25

| District/off: 113C-9 | User: adaml | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: CGFD44 | Total Noticed: 52 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | TLOA of Florida, LLC, TLOA Holdings, LLC, PO Box 54077, New Orleans, LA 70154-4077 |
| 95303304 | * | IRS - Attn. Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |
| 95303301 | *+ | IRS Compliance Services, Insolvency Group Support Group, Unit 1, Stop 5730, 7850 SW 6th Court, Fort Lauderdale, FL 33324-3202 |
| 95303333 | ##+ | Penn Credit Corp, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jan 16, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dana L Kaplan | on behalf of Creditor Joseph Torseillo Sr. dana@kelleylawoffice.com, tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com |
| Hampton Peterson, Esq | on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Raychelle A Tasher | on behalf of Creditor United States of America IRS Raychell.tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com ecf2@ch13weiner.com |
| Sean I. Koplow, Esq. | on behalf of Debtor Laura Cicetti seankoplowlaw.ecf@gmail.com arleneoberg.skecf@gmail.com,jonathangrasing.ecf@gmail.com;r56566@notify.bestcase.com |
| Wanda D Murray | on behalf of Creditor Bank of America Mortgage a Division of Bank of America, N.A. ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com |

TOTAL: 7

**CGFD44** (4/23/19)



ORDERED in the Southern District of Florida on January 14, 2021

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 19−22037−EPK**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Laura Cicetti
1411 Lake Erie Drive
Lake Worth, FL 33461

SSN: xxx−xx−0065

## ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Flagler Waterview Building, 1515 N Flagler Dr, Room 801, West Palm Beach FL 33401, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

###